IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs   4:01CR00191-01-WRW

CHRISTOPHER MARTIN COLE

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 10 months in the custody of the Bureau of Prisons. The term of imprisonment shall run consecutive to his previously imposed state incarceration. The defendant is to participate in residential or nonresidential substance abuse during incarceration. There is no supervised release to follow incarceration. The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 23rd day of September, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Cole.wpd