# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
Western Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 27 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

0909-0130-0243

V.

**WARRANT FOR ARREST**

**CHRISTOPHER MARTIN COLE**

Case Number: **4:01CR00191-01 WRW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CHRISTOPHER MARTIN COLE** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☒ Supervised Release Violation ☐ Violation Notice

charging him or her with   (brief description of offense)

**alleged violations of conditions of supervised release**

☐ in violation of Title(s) United States Code, Section(s) , as further explained in the attached document.

☐ in violation of the conditions of his or her pretrial release imposed by the court , as further explained in the attached document(s).

☒ in violation of the conditions of his or her supervision imposed by the court, as further explained in the attached document(s).

JAMES W. McCORMACK
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

CLERK OF COURT, EASTERN DISTRICT OF ARKANSAS
Title of Issuing Officer

January 30, 2009, Little Rock, Arkansas
Date and Location

09 JAN 30 AM 10: 23
U.S. MARSHAL EASTERN ARKANSAS
RECEIVED

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named individual at ADC Grimes, Newport, AR | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/22/09 | Bob Clark DUSM | By Diane Osborne |